IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER AND EARTH ISLAND INSTITUTE,<br><br>        Plaintiff,<br><br>   vs.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 07-1690 LJO DLB<br><br>**PRELIMINARY SCHEDULING ORDER** |

This Court conducted a January 3, 2008 preliminary scheduling conference in this National Environmental Policy Act action to challenge the Clear Creek logging project in Sequoia National Forest. Plaintiffs Sequoia Forestkeeper and Earth Island Institute (collectively "plaintiffs") appeared by telephone by counsel Rachel Fazio and Kalyani Robbins. Defendants United States Forest Service, Abigail Kimbell and Tina Terrell (collectively "defendants") appeared by telephone by Stacey Bosshardt, Trial Attorney, United States Department of Justice, Environmental and Natural Resources Division, and by counsel Ritu Ahuja. Proposed intervenor defendant Seirra Forrest Products appeared by telephone by counsel Scott Horngren, Haglund, Kelley, Horngren, Jones & Wilder. Pursuant to F.R.Civ.P. 16, this Court sets the following schedule.

   **1.   Administrative Record And Answer:** Defendants have provided plaintiffs a hard copy of the administrative record. Plaintiffs, no later than January 10, 2008, shall submit to defendants challenges to the administrative record and identify documents which plaintiffs claim should be included

in the administrative record. Defendants, no later than January 15, 2008, shall lodge the administrative record with this Court and shall file and serve their answer.

    **2.**    **Motion To Supplement Administrative Record:** Plaintiffs, no later than January 16, 2008, shall file and serve their motion, if any, to supplement the administrative record. Defendants, no later than 12 p.m. on January 24, 2008, shall file and serve their opposition to plaintiffs' motion to supplement the administrative record.

    **3.**    **Cross-Summary Judgment Motions:** The parties, no later than February 15, 2008, shall file and serve their respective opening summary judgment papers. The parties' respective opening points and authorities shall not exceed 35 pages.

The parties, no later than March 17, 2008, shall file and serve their respective summary judgment opposition papers. The parties, no later than March 31, 2008, shall file and serve their respective summary judgment reply papers. The parties, no later than April 7, 2008, shall file and serve their respective sur-reply summary judgment papers. The parties are limited to 10 pages for each of their opposition, reply and sur-reply points and authorities.

If this Court deems necessary, it will conduct a hearing on the summary judgment motions on April 11, 2008 at 1:30 p.m. in Department 4 (LJO).

IT IS SO ORDERED.

**Dated:**    **January 3, 2008**                         **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE