IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER AND EARTH ISLAND INSTITUTE,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. CV F 07-1690 LJO DLB<br><br>**ORDER TO GRANT MOTION TO ENLARGE PAGE LIMITS**<br>(Doc. 56) |

　　　This Court reviewed Defendant United States Forest Service's ("Defendant's") Motion to Enlarge Page Limits (Doc. 56). By previous order, this Court authorized the parties to submit 10 pages in opposition to the respective motions for summary judgment (Doc. 23). Defendant moves to enlarge the page limits for its brief in opposition to Plaintiffs' motion for summary judgment, due March 17, 2008, from 10 to 20 pages. Defendant contends that a great number of pages is necessary to address adequately Plaintiffs' arguments related to seven claims for relief, each with multiple counts, some containing as many as eight sub-parts.

　　　As the current 10-page limit will not permit Defendant to respond adequately to the issues raised in Plaintiffs' motion, and good cause appearing, this Court GRANTS Defendant's motion to enlarge the page limit for its opposition to Plaintiffs' motion for summary judgment to 20 pages (Doc. 56). IT IS SO ORDERED.

　　　**Dated:　March 11, 2008**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE