# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER AND EARTH ISLAND INSTITUTE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. CV F 07-1690 LJO DLB<br><br>**ORDER FOR EXPEDITED BRIEFING SCHEDULE ON MOTION TO STRIKE**<br>(Doc. 53) |

This Court has reviewed Intervenor Sierra Forest Products' Motion to Strike Plaintiff' Declarations (Doc. 53). In light of the briefing scheduling for the cross-summary judgment motions currently under submission, and the expedited nature of this action, this Court finds that an expedited briefing schedule on this motion is required. Accordingly, this Court ORDERS:

1. Plaintiffs Sequoia ForestKeeper and Earth Island Institute and Defendant United States Forest Service, no later than March 17, 2008, to file and serve their opposition papers, if any (Doc. 53);

2. Intervenor Sierra Forest Products, no later than March 25, 2008, to file and serve its reply papers;

3. The parties are limited to 10 pages for each of their opposition reply points and authorities; and

1

4.   If this Court deems necessary, it will conduct a hearing on the motion to strike on April 11, 2008 at 1:30 p.m. in Courtroom 4 (LJO).

IT IS SO ORDERED.

**Dated:   March 11, 2008**                    **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE