RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
STACEY BOSSHARDT
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section, P.O. Box 663
Washington, D.C. 20044-0663
Telephone:  (202) 514-2912
Facsimile:   (202) 305-0274

Attorneys for Defendants United States
Forest Service, Abigail R. Kimbell,
and Tina Terrell.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER AND EARGH ISLAND INSTITUTE,<br>　　　　Plaintiffs,<br>　v.<br><br>UNITED STATES FOREST SERVICE, ABIGAIL R. KIMBELL, AND TINA TERREL,<br>　　　　Defendants.<br>AND<br>SIERRA FOREST PRODUCTS,<br>　　　　Defendant -Intervenor | Civ. No. 1:07-cv-01690-LJO-DLB<br><br>JOINT STIPULATION AND ORDER TO ALTER SCHEDULING ORDERS<br><br>Currently Scheduled Hearings:<br>Merits Hearing and Hearing on Motion to Strike, if necessary, currently scheduled for April 11, 2008, at 1:30 p.m.<br>Courtroom 4 (LJO)<br>　(Hon. Lawrence J. O'Neill) |

1

JOINT STIPULATION AND [PROPOSED] ORDER TO ALTER SCHEDULING ORDERS

Because the current schedule has become very congested with motions to strike, and to accommodate scheduling conflicts, the parties move for entry of this stipulated scheduling order, subject to the Courts' calendar, which would revise all scheduling orders currently in place for this case:

| | |
|---|---|
| Summary Judgment Opposition briefs | March 27, 2008 |
| Motions to Strike | April 3, 2008 |

( Defendant- Intervenor filed their Motion to Strike on March 10, 2008.  Should any party file declarations with their opposition brief, the other parties shall be allowed to submit "rebuttal declarations" with their Motion to Strike.  Motions to Strike shall be limited to 10 pages in length.)

| | |
|---|---|
| Oppositions to Motions to Strike And/Or Objections to Rebuttal Declarations | April 8, 2008 |

(Page limitations: 10 pages, Plaintiffs will be allowed to file one 20 page brief opposing both Defendant-Intervenor's and Defendants' challenges to their submitted declarations.)

Should the Court feel that a hearing is necessary on the Motions to Strike, the parties are prepared to have a telephonic hearing on April 11, 2008 at 1:30 p.m., the originally scheduled hearing date for these motions.

| | |
|---|---|
| Summary Judgment Reply briefs (10 page limit) | April 14, 2008 |
| Summary Judgment Sur-reply briefs  (10 page limit) | April 21, 2008 |
| Summary Judgment Hearing date | May 8, 2008 |

Defendants and Defendant-Intervenor do not intend to begin ground-disturbing activities

//
//
//
//

to implement the project prior to June 1, 2008, and therefore agree to refrain from doing so until then.

Respectfully submitted this 13th day of March, 2008.

    RONALD J. TENPAS
    Assistant Attorney General

    /s/ Stacey Bosshardt (as approved March 13, 2008)
    STACEY BOSSHARDT
    Trial Attorney
    U.S. Department of Justice
    Environment & Natural Resources Division
    P.O. Box 663
    Washington, DC 20044-0663
    Telephone: (202) 514-2912
    Facsimile: (202) 514-8865

    McGREGOR W. SCOTT
    United States Attorney
    JEFFREY J. LODGE
    Assistant United States Attorney
    United States Courthouse
    2500 Tulare Street, Suite 4401
    Fresno, California 93721
    Telephone:  (559) 497-4019
    Facsimile:  (559) 497-4099

*Attorneys for Federal Defendants*

    /s/ Rachel M. Fazio
    RACHEL M. FAZIO
    P.O. Box 697
    Cedar Ridge, CA 95924
    Phone: 530-273-9290
    Fax:   530-273-9260
    rfazio@nccn.net

*Attorney for Plaintiffs*

    /s/Scott W. Horngren (as approved March 13, 2008)
    SCOTT W. HORNGREN
    Haglund Kelley Horngren Jones and Wilder LLP
    101 SW Main, Suite 1800
    Portland, OR 97204
    Phone: 503-225-0777
    Fax:   503-225-1257
    Horngren@hk-law.com

*Attorney for Intervenor*

**CASE MANAGEMENT ORDER**

  **The Court finds good cause to alter the schedule, and therefore hereby adopts this stipulated briefing schedule, all other scheduling orders are hereby superceded and the parties are ordered to comply with this Order.**

IT IS SO ORDERED.

**Dated: March 14, 2008**       /s/ Lawrence J. O'Neill
                  UNITED STATES DISTRICT JUDGE