# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER and EARTH ISLAND INSTITUTE, non-profit organizations, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, ABIGAIL R. KIMBELL, in her official capacity as Chief of the United States Forest Service, and TINA TERRELL, in her official capacity as Forest Supervisor for Sequoia National Forest, <br><br> Defendants <br> and <br> SIERRA FOREST PRODUCTS, a California corporation, <br> Proposed Defendant-Intervenor | Civil No. 07-cv-01690-LJO-DLB <br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO ENLARGE PAGE LIMITS** |

   This Court reviewed Plaintiffs' Motion to Enlarge Page Limits. By previous order, this Court authorized the parties to submit 10 pages in opposition to the respective motions for summary judgment (Doc. 23). Plaintiffs move to enlarge the page limits for its brief in opposition to Defendants' motion for summary judgment, due March 27, 2008, from 10 to at most 20 pages.  Plaintiffs contend that a greater number of pages is necessary to address adequately not only Defendants' substantive arguments related to Plaintiffs' claims for relief, but also Defendants affirmative defenses to Plaintiffs' claims and Defendants' footnoted legal assertions.

   As the current 10-page limit ALLEGEDLY will not permit Plaintiffs to respond adequately to the issues raised in Defendants' motion, and good cause appearing, this Court **GRANTS** Plaintiffs' motion to enlarge the page limit for its opposition to Defendants' motion

for summary judgment to no more than 20 pages.  This enlargement order is not to be taken by the parties as permission to be anything less than precise and succinct.

IT IS SO ORDERED.

**Dated:**     **March 20, 2008**                              **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE