# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER AND EARTH ISLAND INSTITUTE,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>　　　　　　Defendants. | CASE NO. CV F 07-1690 LJO DLB<br><br>**ORDER TO ENLARGE PAGE LIMITS** |

On April 14, 2008, Plaintiffs Sequoia Forestkeeper and Earth Island Institute ("Plaintiffs") requested this Court to enlarge Plaintiffs' page limits in its sur-reply from 10 pages to 14 pages. Plaintiffs' sur-reply is in response to this Court's order for additional briefing and Defendants' and Intervener Defendant's briefs in support of dismissal of this action. On the basis of good cause, this Court GRANTS Plaintiffs' request to enlarge the sur-reply page limits from 10 pages to 14 pages.

IT IS SO ORDERED.

**Dated:**   April 15, 2008　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE