IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER AND EARTH ISLAND INSTITUTE,<br><br>             Plaintiff,<br>    vs.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. CV F 07-1690 LJO DLB<br><br>**ORDER ON RECONSIDERATION MOTION BRIEFING SCHEDULE** |

The parties appeared for a May 1, 2008 scheduling conference at 8:15 a.m. in Courtroom 4 (LJO). Plaintiffs Sequoia Forestkeeper and Earth Island Institute ("Plaintiffs") appeared by telephone by counsel Rachel Fazio. Defendants United States Forest Service, Tina Terrell, in her official capacity as Forest Supervisor for the Sequoia National Forest, and Abigail R Kimbell, in her official capacity as Chief of the United States Forest Service (collectively "Forest Service") appeared by telephone by counsel Stacey Bosshardt, United States Department of Justice. Intervenor Defendant Sierra Forest Products ("Sierra Forest") appeared by telephone by counsel Scott Horngren.

The purpose of the scheduling conference was to reset the briefing schedule for the outstanding cross-motions for summary judgment and motions to strike. The Forest Service indicated its intention

1

to move for reconsideration of this Court's April 24, 2008 order. This Court will not set an alternative order on dates contingent on this Court's ruling on the motion for reconsideration. Therefore, the Court set a briefing schedule for the motion for reconsideration only. Further briefing dates, if any, will be set at the conclusion of the motion for reconsideration.

This Court demands strict compliance with the law on motions for reconsideration. Under this Court's Local Rule 78-230(k), a party seeking reconsideration must demonstrate "what new facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion and why the facts or circumstances were not shown at the time of the prior motion." This Court will not consider previously advanced arguments without the required reconsideration demonstration. Moreover, a request to reconsider this Court's denial of the parties' motion to continue the stay of these proceedings must detailed and specific as to both authority and time.

With these standards in mind, this Court **ORDERS** as follows:

1. The Forest Service and Sierra Forest shall file a memorandum in support of their motion for reconsideration of this Court's April 24, 2008 order, if any, on or before May 7, 2008. The memorandum shall not exceed 10 pages.

2. Plaintiffs shall file their opposition to the motion for reconsideration no later than May 12, 2008. The opposition memorandum shall not exceed 15 pages.

3. The Forest Service and Sierra Forest shall file a reply brief, if any, no later than May 19, 2008. The reply brief shall not exceed 5 pages.

4. This Court sets a May 23, 2008 hearing at 1:30 p.m. in Courtroom 4 (LJO) on this motion for reconsideration. The parties may appear telephonically by arranging a one-line call and dialing (559) 499-5680.

IT IS SO ORDERED.

**Dated:   May 1, 2008**               /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE