# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER AND EARTH ISLAND INSTITUTE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>　　　　Defendants. | CASE NO. CV F 07-1690 LJO DLB<br><br>**ORDER TO CONTINUE STAY** |

　　　　This is a civil action for declaratory and injunctive relief. Plaintiffs Sequoia Forestkeeper and Earth Island Institute ("Plaintiffs") seek a declaration that defendants United States Forest Service, Tina J. Terrell, and Abigail R. Kimball (collectively "Forest Service") violated federal laws in developing and approving the Clear Creek Forest Health and Improvement and Fuels Reduction Project in the Sequoia National Forest ("Clear Creek Project").

　　　　This Court stayed these proceedings to allow the Forest Service to continue development of a revised environmental assessment for the Clear Creek Project on May 21, 2008. The parties were ordered to file a Joint Status Report to inform this Court of the status of the Clear Creek Project revisions and whether the parties wish to resume litigation or continue the stay.

　　　　On July 9, 2008, the parties informed this Court that the Clear Creek Project revision is incomplete. Additionally, and significantly, the parties declared that a portion of the Clear Creek Project

area is currently burning as part of the approximately 34,000-acre Piute Fire in the southern Sierra Nevada.[1]  The Forest Service has not yet had the opportunity to ascertain how this fire event will influence the proposed Clear Creek Project.

For good cause appearing, this Court:

1. EXTENDS the stay of these proceedings until September 19, 2008; and
2. ORDERS the parties to file, no later than September 5, 2008, a joint status report of their respective position on the pending action.

IT IS SO ORDERED.

**Dated:   July 10, 2008**                              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

---

[1] The Piute Fire began in late June 2008. Governor Arnold Schwarzenegger declared a state of emergency in Kern County as a result of the Piute Fire on June 29, 2008. As of this writing, the Piute Fire is 28% contained. The following agencies are working together to battle this fire: Kern County Fire Department, United States Forest Service, CAL fire, Bureau of Land Management, Pacific Northwest National Incident Management Team 2, Kern County OES, CHP, SCSO, and the American Red Cross. www.kerncountyfire.org. The Piute Fire is one of approximately 1,000 wildfires currently burning across the state of California.