# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER AND EARTH ISLAND INSTITUTE,<br><br>  Plaintiff,<br>vs.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>  Defendants.<br>vs.<br><br>SIERRA FOREST PRODUCTS,<br><br>  Defendant-Intervenor.<br>_____/ | CASE NO. CV F 07-1690 LJO DLB<br><br>**ORDER TO LIFT STAY AND SET BRIEFING SCHEDULE** |

This is a civil action for declaratory and injunctive relief. Plaintiffs Sequoia Forestkeeper and Earth Island Institute ("Plaintiffs") seek a declaration that defendants United States Forest Service, Tina J. Terrell, and Abigail R. Kimball (collectively "Forest Service") violated federal laws in developing and approving the Clear Creek Forest Health and Improvement and Fuels Reduction Project in the Sequoia National Forest ("Clear Creek Project").

On May 21, 2008. The Court stayed these proceedings to allow the Forest Service to continue development of a revised Environmental Assessment for the Clear Creek Project. On July 9, 2008, the parties informed this Court that the Clear Creek Project revision was incomplete. Additionally, and

significantly, the parties declared that a portion of the Clear Creek Project area was burning as part of the 34,000-acre Piute Fire in the southern Sierra Nevada. The Court continued to stay and ordered the parties to submit a Joint Status report on September 5, 2008.

According to the status report, the Forest Service has decided not to move forward with the Clear Creek Project and has abandoned work on the Final revised EA for the Project. The Forest Service abandoned the Clear Creek Project, because the Piute Fire burned through over one-third of the Project area, permanently changing the landscape and the assumptions on which the Project's purpose and need for treatment were based. The Forest Service is contemplating a broader recovery and reforestation project for the larger Piute area, which, if pursued, would likely involve the preparation of an Environmental Impact Statement ("EIS"). The Forest Service continues to suspend indefinitely the timber sale contract. Based on these considerations, the Forest Service intends to move for dismissal based on mootness.

Defendant Intervenor Sierra Forest Products agrees that this action is moot, since the remaining portion of the contract could not be implemented without an EIS.

Plaintiffs argue that "[a]lthough the Forest Service is free to abandon any given project which it contemplates it is not empowered to subvert the laws of Congress." Plaintiffs believe that the Project will go forward because the timber sale contract is not cancelled. Plaintiffs maintain that circumstances "have not changed in such a way as to necessitate further debate on" whether this action is moot. Plaintiffs wish to brief "whether or not Defendants' chosen course of conduct, maintaining an un-tethered contract for the sale of timber, is a permissible action under the law." Plaintiffs do not oppose the Federal Defendants' proposed briefing schedule.

Having considered the parties' positions and the record in this action, the Court:

1. LIFTS the stay of these proceedings;
2. GRANTS the parties' requests to brief the issues of mootness and the suspended timber sale contract. The parties shall file the requested motions concurrently;
3. SETS the following briefing schedule for the concurrent motions:
   A. Opening brief in support of the party's motion shall be filed on or before October 17, 2008 and shall not exceed 10 pages in length.

    B. Opposition brief shall be filed on or before October 31, 2008 and shall not exceed 10 pages in length.

    C. Reply brief shall be filed on or before November 7, 2008 and shall not exceed 5 pages in length; and

  4. SCHEDULES a November 17, 2008 hearing at 8:00 a.m. in Courtroom 4 (LJO). The parties may appear telephonically by arranging a one-line call and dialing (559) 499-5680.

IT IS SO ORDERED.

**Dated:   September 8, 2008**      **/s/ Lawrence J. O'Neill**
                  UNITED STATES DISTRICT JUDGE