IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEQUOIA FORESTKEEPER AND EARTH ISLAND INSTITUTE,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>Defendants.<br>_____/ | CASE NO. CV F 07-1690 LJO DLB<br><br>**AMENDMENT TO NOVEMBER 19, 2008 ORDER** (Doc. 110) |

This Court AMENDS the November 19, 2008 order on Defendants' Renewed Motion to Dismiss and Plaintiffs' Motion to Strike (Doc. 110) in the following way:

The sentence at Page 14, line 17, which reads: "Earth Island is currently involved in litigation to question the validity of the 2007 MIS Amendment" is deleted and the following sentence is inserted in its place: "Environmental plaintiffs challenge the validity of the 2007 MIS Amendment in pending litigation."

IT IS SO ORDERED.

**Dated:   November 21, 2008**             /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1